UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-MJ-1811-AEP

JOHN MICHAEL HASKEW
_____/

## ORDER

On December 19, 2016, I ordered the Defendant to be examined pursuant to 18 U.S.C. § 4241 to determine the Defendant's mental competency to stand trial (Dkt. No. 5). Pursuant to the provisions under 18 U.S.C. § 4241(b) and 4247(b) and (c), Dr. Debra A. Goldsmith conducted an evaluation of the Defendant and issued a report on December 29, 2016, opining that the Defendant is competent to stand trial. On January 5, 2017, the Court conducted a hearing on the matter, and as stated during the hearing, the parties have reviewed Dr. Goldsmith's forensic report/evaluation and stipulated to Dr. Goldsmith's findings, and waived a formal competency hearing. *See* 18 U.S.C. § 4241(d).

Therefore, it is **ORDERED** that the Court finds by a preponderance of the evidence that the Defendant is presently competent in that he can understand the nature and consequences of the proceedings against him and assist properly in his defense.

IT IS SO ORDERED at Tampa, Florida, on January 5, 2017.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record
John Michael Haskew, *pro se*