FILED

UNITED STATES DISTRICT COURT 2017 FEB -1  AM II: 19
MIDDLE DISTRICT OF FLORIDA  CLERK US DISTRICT COURT
TAMPA DIVISION  MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:17-Cr-40-T-27 TBM

                                            18 U.S.C. § 1001(a)(2)

JOHN MICHAEL HASKEW

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about December 9, 2016, in the Middle District of Florida,

JOHN MICHAEL HASKEW,

the defendant herein, did knowingly and willfully make a materially false,

fictitious, and fraudulent statement and representation in a matter within the

jurisdiction of the executive branch of the Government of the United States,

that is, the defendant, when paying a debt owed to the United States

Government, made a false statement to an agency of the United States

regarding the defendant's bank account number, when in truth and in fact, as

the defendant then and there well knew that the bank account number he

provided to pay off the debt was not the account number assigned to him by the

bank.

.

In violation of Title 18, United States Code, Section 1001(a)(2).

A. LEE BENTLEY, III
United States Attorney

By: _____
Adam M. Saltzman
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

2