TRULINCS 68108018 - HASKEW, JOHN MICHAEL - Unit: PEN-C-A

*rec'd 6/13/18*

--------------------------------------------------------------------------------

FROM: 68108018
TO:
SUBJECT: REQUEST FOR WRITTEN PERMISSION
DATE: 06/08/2018 07:19:16 PM

From:   John M. Haskew 68108-018, Inmate
        Federal Prison Camp
        P.O. Box 3949
        Pensacola, FL 32516

To:     Honorable Anthony Porcelli
        801 Florida Avenue N.
        Tampa, FL 33602

Re:     REQUEST FOR WRITTEN PERMISSION

To Honorable Porcelli:

I requested two calendars from the clerk. *
The clerk did not send the calendars.
Therefore I request your written permission** to the clerk to send the calendars.

Very respectfully,

*John M. Haskew*

John M. Haskew, Inmate

* 28 USCS 457: "The records of district courts and of courts of appeals shall be kept at one or more of the places
        where court is held."

** M.D. Fla. Loc. R. 1.08(b): "Court files or other papers or records in the possession of the Clerk may be removed
        from the Clerk's office only upon written permission or order of the Court which shall
        specify the time within which the same shall be returned."

---

FROM: 68108018
TO:
SUBJECT: REQUEST FOR CALENDAR
DATE: 05/29/2018 12:25:19 PM

From: John M. Haskew 68108-018, Inmate
     Federal Prison Camp
     P.O. Box 3949
     Pensacola, FL 32516

To:    Clerk of Court
       801 Florida Ave. N.
       Tampa, FL 33602

Re:   REQUEST FOR DOCUMENTS

Dear Sir or Madam:

Please send to me the following: *
1. the calendar for Magistrate Judge Porcelli for April 17, 2017
2. the calendar for Magistrate Judge Porcelli for July 31, 2017
3. a copy of the information in 8:17-CR-40-T-27TBM

Very respectfully, with thanks,

John M. Haskew, Inmate

* Draw from my inmate account if there is a cost.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Keshia M. Jones
Tampa Division Manager

June 5, 2018

John Haskew
Federal Prison Camp
*P.O. Box 3949*
Pensacola, FL. 32516

Dear Mr. Haskew:

*Enclosed is the Information from case 8:17-cr-40- T-27TBM.* The calendars you requested are unavailable.

ELIZABETH M. WARREN, CLERK

By:     s/K. M., Deputy Clerk