UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:17-cr-00040-T-27CPT

JOHN MICHAEL HASKEW

_____/

**REPORT ON INITIAL APPEARANCE
FOR VIOLATION OF SUPERVISED RELEASE**

THIS MATTER was before the Court on an Initial Appearance for Violation of Supervised Release. Defendant waived his right to a preliminary hearing. Based on the Petition for Warrant or Summons for Offender Under Supervised Release and Defendant's waiver of the preliminary hearing, the Court finds probable cause to hold Defendant for further proceedings before the United States District Judge, and it is so **ORDERED**.

It is **FURTHER ORDERED** that the Clerk of the Court shall schedule the final revocation hearing before the Honorable James D. Whittemore.

It is **FURTHER ORDERED** that Defendant is ordered **DETAINED** pending further proceedings.

It is **FURTHER ORDERED** that the Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation hearing at least three (3) days prior to the final hearing.

**DONE** and **ORDERED** in Tampa, Florida, on October 8, 2020.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE