
**(no subject)**

**John Haskew** <jm.haskew@gmail.com>                                    Sun, Aug 21, 2022 at 10:36 PM
Draft

United States District Court
Middle District of Florida
Tampa Division

| UNITED STATES OF AMERICA | ) | 8:17-CR-00040 |
| v. | ) | |
| JOHN MICHAEL HASKEW | ) | AMICUS CURIAE RE [1] |

_____

21 August 2022

From:   John M. Haskew
  To:   the post office in Union Station, Washington,
        D.C.

Dear Sir or Madam:

1. It is written in the law that Federal reserve notes
shall be redeemed in lawful money at the Treasury
Department of the United States, in the city of
Washington, District of Columbia.


2. I guess that department must be your depot on
Columbus Circle, for it is written on your wall: HE
THAT WOULD BRING HOME THE WEALTH OF THE INDIES MUST
CARRY THE WEALTH OF THE INDIES WITH HIM,


3. and also when they prosecuted Haskew: Haskew
believed that he could obtain the wealth that Jesus
Christ(opher) created for him and that belongs to
him.*


4. Therefore what hours are you open?


In the name of our Admiral:


S

S.A.S

X.M.Y

XPO FERENS

* page 7 in [1]