UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>v. )<br>JOHN MICHAEL HASKEW, )<br>    Defendant. ) | 8:17-CR-00040<br>Judge James Whittemore |

## MOTION TO RETURN PROPERTY

I. Letter 5170 is notice of seventy-nine returned acceptances.

1. A "draft" is a written order to pay money. December 10th 2016 the defendant ("I") owed tax to the plaintiff (*see* dkt. 1). To pay the tax, I authorized the plaintiff's bank (Federal Reserve) to draw seventy-nine drafts in electronic form and present the drafts to my bank ("bank A") for acceptance. Bank A accepted the drafts and returned the drafts to Federal Reserve. Acceptance of a draft is called a "payment". The plaintiff sent seventy-nine letters notifying me that bank A returned the acceptances to Federal Reserve.

II. Notice CP05 is notice of holding acceptances.

2. Bank A returned more acceptances to Federal Reserve than I owed. The excess acceptances is called a "refund". The plaintiff sent a notice January 2nd 2017 that Federal Reserve is holding "your" refund.

III. Application for notes.

3. Holding the acceptances constitutes collateral for Federal Reserve notes. Wherefore I make application to the court that the plaintiff's bank return the acceptances in paper notes. *

/s/ <u>John M. Haskew</u>

March 24th 2024

1

_____
\*

*seventy-nine drafts in electronic form.* Electronic Fund Transfer Act codified in 15 U.S.C. 1693a(7): "(7) the term "electronic fund transfer" means any transfer [acceptance] of funds [draft], other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, or computer or magnetic tape so as to order, instruct, or authorize a financial institution [bank A] to debit or credit an account."

*Acceptance of a draft is called a "payment".* Uniform Commercial Code 4A-104(a): "A funds transfer is completed by acceptance . . . of a payment order . . . "

*collateral for Federal Reserve notes.* Federal Reserve Act codified in 12 U.S.C. 412: "Any Federal Reserve bank [I] may make application to the local Federal Reserve agent [bank A] for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application. The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 92, 342 to 348, 349 to 352, 361, 372, or 373 of this title . . . "

This motion is brought per rule 41 and rule 16 of the federal rules of criminal procedure. Rule 41 states: "(g) Motion to Return Property. A person aggrieved by an unlawful search and seizure of property or by the deprivation of property ["your" refund] may move for the property's return."

Rule 16 states: "(E) Documents and Objects. Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data [electronic acceptances], photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:
(i) the item is material to preparing the defense;
(ii) the government intends to use the item in its case-in-chief at trial; or
(iii) the item was obtained from or belongs to the defendant ["your" refund]."

March 17th 2024 I submitted a request to the plaintiff under Freedom of Information Act to see the trace records for the acceptances. The records should show the exact account number and routing number where each acceptance is currently being held.



Department of the Treasury
Internal Revenue Service
4800 Buford Hwy
Chamblee, GA 30341



| | |
|---|---|
| Notice | CP05 |
| Tax Year | 2015 |
| Notice date | January 2, 2017 |
| Social Security number | XXX-XX-7788 |
| To contact us | 1-800-829-1040 |
| Your Caller ID | 506828 |
| Page 1 of 2 | 29H |

005231.721542.59626.7559 1 MB 0.419 370



JOHN M HASKEW
1315 PARKER RD
LAKELAND FL 33811-2611

005231

Message about your 2015 tax return

## We're holding your refund until we finish reviewing your tax return

We've received your 2015 tax return, and are reviewing it to verify:
- the income you reported on your return,
- the income tax withholding amounts you reported on your return,
- the claims for tax credits you made on your return,
- the withholding claimed on your Social Security benefits,
- the household help you claimed, and/or
- the Schedule C income you claimed.

We'll hold your refund until we finish our review.

**What you need to do**

You do not need to take any action at this time.

We'll review your return.

Generally, we deal directly with you or your duly authorized representative. However, we sometimes talk with other persons to verify information we've received. If we do contact other persons, we'll generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we're seeking. Our need to contact other persons may continue as long as we're reviewing your return. If we do contact other persons, you have a right to request a list of those contacted.

**If you didn't file a tax return for 2015**

Someone else may have used your personal information to file this return. Please complete and sign Form 14039 (Identity Theft Affidavit), and mail it to us along with the requested documents. You can find this form online at www.irs.gov.

Continued on back...



### Contact information



JOHN M HASKEW
1315 PARKER RD
LAKELAND FL 33811-2611

| | |
|---|---|
| Notice | CP05 |
| Notice date | January 2, 2017 |
| Social Security number | XXX-XX-7788 |

If your address has changed, please call 1-800-829-1040 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (XXX-XX-7788), the tax year (2015), and the form number (1040) on any correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |

INTERNAL REVENUE SERVICE
4800 BUFORD HWY
CHAMBLEE, GA 30341

XXXXX7788 LY HASK 30 0 201512