# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          Case No.: 8:17-cr-40-JDW-CPT

JOHN MICHAEL HASKEW

_____

## ORDER

Before the Court is Defendant's *pro se* Motion to Return Property (Dkt. 142). The motion is **DENIED**. In this criminal proceeding, no property of Defendant was seized or is held by the United States. And this Court lacks jurisdiction over Internal Revenue matters, including Defendant's purported claim of a refund. *See Swanson v. United States*, 799 Fed.Appx. 668 (11th Cir. 2020); 26 U.S.C. §7422(a).

**DONE** and **ORDERED** on March 26, 2024.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Defendant, Counsel of Record