UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
    Plaintiff,  )
v.  )  8:17-CR-00040
JOHN MICHAEL HASKEW,  )  Judge James Whittemore
    Defendant.  )

## MOTION TO MINT FOREIGN COINS

1. WHEREAS per the court's [143] order that the said acceptances in Defendant's [142] motion are not in the United States,

2. WHEREFORE I pray that the court order the plaintiff to mint coins equal to the amount of the acceptances and deliver the coins to me. *

    /s/ John M. Haskew

---

\* 31 U.C.S. 5111(a)(4): "(a) The Secretary of the Treasury . . . (4) may mint coins for a foreign country if the minting does not interfere with regular minting operations, and shall prescribe a charge for minting the foreign coins equal to the cost of the minting (including labor, materials, and the use of machinery)."

1



Exhibit: A coin minted in the district of Columbia is called "movie money" or "Coca-Cola".