UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,      )
     Plaintiff,      )
v.      )      8:17-CR-00040
JOHN MICHAEL HASKEW,      )      Judge James Whittemore
     Defendant.      )

**BOND**

1. WHEREAS December 16th 2016 I John being chained and bound over spoke aloud in open court that I sought to agree with my adversary the plaintiff Mr. Donald John Trump and to give him quickly whatever he wanted and to double it, *


2. WHEREFORE I, John M. Haskew, promise to give to Ms. Letitia James, she being the attorney general for the people of the State of New York, Federal Reserve notes or Federal reserve notes in the amount of six hundred million dollars in satisfaction of the judgment entered February 23rd 2024 by Honorable Arthur Engoron in the case of People v. Trump, which is in the supreme court of the State of New York, in the county of New York, index number 452564/2022, if Honorable Whittemore grants the motion in docket 142 and if the judgment is still unpaid when the motion is granted.


Done this 25th day of March 2024.

                           /s/ <u>John M. Haskew</u>

_____

*1. See the transcript of the initial appearance before magistrate Anthony Porcelli, December 16th 2016.