# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                               Case No.: 8:17-cr-40-JDW-CPT

**JOHN MICHAEL HASKEW**

_____

## ORDER

Correspondence titled "Bond" (Dkt. 145) was received from Defendant. The correspondence is **STRICKEN** as an unauthorized pleading. The Clerk is directed to return it to Defendant.

**DONE** and **ORDERED** on March 28, 2024.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies furnished to: Defendant, Counsel of Record