# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                         Case No.: 8:17-cr-40-JDW-CPT

**JOHN MICHAEL HASKEW**

_____

## ORDER

      Before the Court is Defendant's Motion to Mint Foreign Coins (Dkt. 144). The motion is **DENIED**. Defendant also submitted a document titled "Social Media Supplement to Defendant's [145] Bond and Plaintiff's Complaint" (Dkt. 148). This document is **STRICKEN** as an unauthorized pleading.

      Defendant's filings constitute an abuse of the judicial process. His pattern of filing unauthorized pleadings and frivolous motions warrants sanctions if he continues. Pursuant to the Court's "inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases,'" *Equity Lifestyle Props., Inc. v. Fla. Mowing And Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009), henceforth, Defendant is prohibited from filing or submitting any motion, pleading or document without prior court authorization. The Clerk is directed to return any motion, pleading or document submitted without prior court authorization.

      **DONE** and **ORDERED** on April 2, 2024.

*/s/ James D. Whittemore*
JAMES D. WHITTEMORE
United States District Judge

Copies to Defendant, Counsel of Record